IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs.                                          CASE NO. 5:06cr89/RS

TRAVIS WOULLARD,

      Defendant.
_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Doc. 33).

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Plea Agreement (Doc. 32) and defendant's plea of guilty are accepted.

3. Sentencing is scheduled for Wednesday, March 28, 2007, at 9:00 a.m., in Panama City.

ORDERED on January 5, 2007.

                /S/ Richard Smoak
                **RICHARD SMOAK**
                **UNITED STATES DISTRICT JUDGE**